## Smith v. Commonwealth.

(Decided April 16, 1924.)

### Appeal from Pike Circuit Court.

Criminal Law—Peremptory Instruction should be Given where Evidence Secured Under Invalid Search Warrant.—Where the only culpable evidence was procured under and by virtue of an invalid search warrant, a peremptory instruction should have been given.

ROSCOE VANOVER for appellant.

FRANK E. DAUGHERTY, Attorney General, and GARDNER K. BYERS, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE McCANDLESS—Reversing.

Appellant was convicted of an offense under the Rash-Gullion Act. The only culpable evidence was procured under and by virtue of a search warrant. The appellant insists and the learned attorney general admits that this warrant was invalid.

Upon examination of the warrant we have reached the same conclusion, and it follows that a peremptory instruction should have been given.

Wherefore judgment is reversed and cause remanded for proceedings consistent with this opinion.